## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-19106 |
| | ) | |
| KENNETH DAVISON, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge HUNT |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: huncall@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
Kenneth Davison, 437 W. 101st Street, Chicago, IL 60628
AmericanInfo Source LP, Agent for T-Mobile, P.O. Box 248848, Oklahoma City, OK 73124
City of Chicago, c/o Arnold Scott Harris PC, 111 W. Jackson Blvd., Ste., 600, Chicago, IL 60604
Collection Professional, 400 N. Dudley St., Macomb, IL 61455
OneMain Financial, 430 75th Street, Downers Grove, IL 60516
Overland Bond, c/o Markoff Law, LLC, 29 N. Wacker Drive #550, Chicago, IL 60606
Speedy Cash, P.O. Box 780408, Wichita, KS 67278
United States Dept. of Education, P.O. Box 740283, Atlanta, GA 30374

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, IL 60604, and in the following courtroom (or any other place posted), and present the attached **Motion to Modify Plan**, at which time and place you may appear.

| | |
|---|---|
| JUDGE: | HUNT |
| ROOM: | 719 |
| DATE: | January 29, 2018 |
| TIME: | 10:00 AM |

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Michael R. Colter, II, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: January 6, 2018          /s/ Michael R. Colter, II
                                          Michael R. Colter, II, A.R.D.C. #6304675

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | 17-19106 |
| | ) | |
| **KENNETH DAVISON,** | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Hon. Judge HUNT |

**MOTION TO MODIFY PLAN**

NOW COMES the Debtor, KENNETH DAVISON, by and through his attorneys, David M. Siegel & Assoc., LLC, to present this Motion, and in support thereof states as follows:

1) This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois Eastern Division.

2) Debtor filed this Chapter 13 Bankruptcy on June 24, 2017.

3) The plan was confirmed on October 16, 2017, and provides for payments of $325.00, per month with general unsecured creditors receiving no less than 10% of their allowed claims.

4) Debtor has a plan payment default of $1,130.80, because he was out of work.

5) Debtor is now employed by "ShoeKingzInc.," as evidenced by attached paystubs (Exhibit A).

6) Debtor points out that these paystubs are somewhat inflated because of the holiday season which has now ended.

7) Debtor seeks to modify his plan under 11 U.S.C. § 1329 and defer the current default.

8) Debtor requests the above relief without any intent to defraud her creditors.

WHEREFORE, the Debtor, KENNETH DAVISON, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Michael R. Colter, II
Michael R. Colter, II, A.R.D.C. #6304675
Attorney for the Debtor

# EXHIBIT A

# ShoeKingzInc.

251 W 95th Street Chi,IL 60628 773-517-0137

| Period: | 12/22/2017 | Employee Name | Kenneth Davison | Employee ID | 9506 |
|---|---|---|---|---|---|
| Tax Status | S 04 | Federal Allowance (From W-4) | 4 | Hours Worked | 40 |
| Hourly Rate | $11.00 | Overtime Rate | $16.50 | Sick Hours | 0 |
| Social Security Tax | $29.80 | Federal Income Tax | $47.30 | Vacation Hours | 0 |
| Medicare Tax | $6.86 | State Tax | $10.88 | Overtime Hours | 2 |
| Insurance Deduction | $20.00 | Year To Date | $1,419.00 | Gross Pay | $473.00 |
| Total Taxes and Regular Deductions | $114.84 | This Period | $1,014.48 | Total Taxes and Deductions | $134.84 |
| | | | | Net Pay | $338.16 |

# ShoeKingzInc.

251 W 95th Street Chi,IL 60628 773-517-0137

| Period: | 12/29/2017 | Employee Name | Kenneth Davison | Employee ID | 9506 |
|---|---|---|---|---|---|
| Tax Status | S | Federal Allowance (From W-4) | 4 | Hours Worked | 40 |
| Hourly Rate | $11.00 | Overtime Rate | $16.50 | Sick Hours | 0 |
| Social Security Tax | $29.80 | Federal Income Tax | $47.30 | Vacation Hours | 0 |
| Medicare Tax | $6.86 | State Tax | $10.88 | Overtime Hours | 2 |
| Insurance Deduction | $20.00 | Year To Date | $1,892.00 | Gross Pay | $473.00 |
| Total Taxes and Regular Deductions | $114.84 | This Period | $1,352.64 | Total Taxes and Deductions | $134.84 |
| | | | | Net Pay | $338.16 |